■ In the Matter of ANGELO M. VISCUSO, Respondent, v SUSAN M. VISCUSO, Appellant. (Appeal No. 2.) [10 NYS3d 483]— Appeal from an order of the Family Court, Erie County (Paul G. Buchanan, J.), entered December 18, 2013 in a proceeding pursuant to Family Court Act article 6. The order directed respondent to pay petitioner's attorney the sum of $12,500 in counsel fees.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Viscuso v Viscuso* ([appeal No. 1] 129 AD3d 1679 [2015]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.